# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Watkins, William K. | U.S. District Court, M.D. AL | 07/14/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Court Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2018<br>**to**<br>12/31/2018 |

**7. Chambers or Office Address**

U.S. Courthouse
1 Church Street, B300
Montgomery, AL 36104

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Manager/Sole Member | Rosewood Martin, LLC |
| 2. | Director, Shareholder, Officer | Powermaster, Inc. |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Watkins, William K. | 07/14/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | W-2 wages from Jackson Hospital & Clinic Montgomery, AL |
| 2. | 2018 | 1099-MISC Non-employee income - speaker's fee by Mallinckrodt Pharmaceuticals administered by Physician's World, |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Vulcan Park Foundation | 10/24/218 | 1701 Valley View Drive, Birmingham, AL 35209 | Civic | Mileage and Meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Watkins, William K.** | 07/14/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Troy Bank & Trust Company | Turkey Mountain Real Estate Loan | K |
| 2. Troy Bank & Trust Company | Line of Credit | L |
| 3. Wells Fargo Bank | Line of Credit | J |
| 4. Wells Fargo Bank Overdraft Protection | Line of Credit for overdraft protection on checking account at Wells Fargo Bank (Part VII, Line 17) | J |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Watkins, William K. | 07/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Pike Co. AL. Farm #1 | | None | O | W | | | | | |
| 2. Farm (1/4 interest), Coffee County, AL | | None | L | W | | | | | |
| 3. North Carolina, Jackson Co. Lot 1 (Appraisal 7/23/04) | | None | M | W | | | | | |
| 4. North Carolina, Jackson Co. Lot 2 *See VIII | | None | K | W | | | | | |
| 5. North Carolina Land, Jackson Co. (Appraisal 8/8/02) | | None | N | W | | | | | |
| 6. Barn Property Troy, AL | | None | K | W | | | | | |
| 7. Pike Co. AL Farm #3 | | None | L | W | | | | | |
| 8. Pike Co. AL Farm #4 - Mineral | | None | J | W | | | | | |
| 9. Pike Co. AL Farm #5 - Mineral | | None | J | W | | | | | |
| 10. Pike Co. AL Farm #6 (19% interest) (Known as Turkey Mountain LLC) | A | Distribution | K | W | | | | | |
| 11. Pike Co. AL Farm #6 (19% interest) Mineral | | None | J | W | | | | | |
| 12. WE, LLC (50% interest) | | None | J | W | | | | | |
| 13. Powermaster, Inc. (1/3 interest) | | None | K | W | | | | | |
| 14. Wells Fargo Bank. | A | Interest | J | T | | | | | |
| 15. Principal Life Ins Co "Universal Life Protector" Universal Life Policy | A | Int./Div. | J | T | | | | | |
| 16. | | | | | | | | | |
| 17. Northwestern Mutual TM 010 Extraordinary Life | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Watkins, William K.** | 07/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | Ameriprise Financial Services, Inc. Brokerage IRA #2 (H) | A | Distribution | M | T | | | | | |
| 19. | Ameriprise Financial Services, Inc. Brokerage IRA #2 Brokerage Cash | B | Int./Div. | J | T | | | | | |
| 20. | American Funds - Capital Income Builder Fund Class F CIBFX IRA #2 | D | Dividend | M | T | | | | | |
| 21. | American Funds INVESTMENT COMPANY OF AMERICA CL C AICFX - IRA #2 | A | Dividend | J | T | | | | | |
| 22. | INVESTMENT COMPANY OF AMERICA CL F1 AICCX -IRA #2 | A | Dividend | | | Merged<br>(with line 21) | 03/09/18 | J | | |
| 23. | Ameriprise Financial Services, Inc. Advisory IRA #3 H | A | Distribution | | | Merged<br>(with line 39) | 01/30/18 | M | A | |
| 24. | Ameriprise Financial Services, Inc. Advisory IRA #3 Cash | A | Int./Div. | | | Merged<br>(with line 39) | 01/30/18 | J | A | |
| 25. | 73 Shares AT&T Common stock IRA #3 | A | Dividend | | | Sold | 01/16/18 | J | A | |
| 26. | ISHARES CORE MSCI EAFE ETF IRA #3 | A | Dividend | | | Sold | 01/24/18 | J | A | |
| 27. | ISHARES IBOXX $INVESTMENT GRADE IRA#3 CORP BOND ETF | A | Dividend | | | Sold | 01/24/18 | K | A | |
| 28. | ISHARES 7-10YR TREASURY BOND ETF IRA#3 | A | Dividend | | | Sold | 01/24/18 | J | A | |
| 29. | ISHARES 1-3 YR TREASURY BOND ETF IRA#3 | A | Dividend | | | Sold | 01/24/18 | K | A | |
| 30. | ISHARES RUSSELL 3000 ETF IRA #3 | A | Dividend | | | Sold | 01/24/18 | J | A | |
| 31. | ISHARES MBS ETF IRA #3 | A | Dividend | | | Sold | 01/24/18 | J | A | |
| 32. | ISHARES CORE MSCI EAFE ETF IRA #3 | A | Dividend | | | Sold | 01/24/18 | J | A | |
| 33. | 20 Shares JOHNSON & JOHNSON Common stock IRA #3 | A | Dividend | | | Sold | 01/24/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Watkins, William K.** | 07/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 34. | 22 shares PEPSICO INC Common stock IRA#3 | A | Dividend | | | Sold | 01/16/18 | J | A | |
| 35. | POWERSHARES SENIOR LOAN PORT ETF IRA#3 | A | Dividend | | | Sold | 01/24/18 | J | A | |
| 36. | POWERSHARES EMERGING MARKETS SOVEREIGN DEBT ETF IRA #3 | A | Dividend | | | Sold | 01/24/18 | J | A | |
| 37. | SPDR BLOOMBERG BARCLAYS SHORT-TERM HIGH YIELD BOND ETF IRA#3 | A | Dividend | | | Sold | 01/24/18 | J | A | |
| 38. | VANGUARD SHORT TERM CORP BOND IRA #3 | A | Dividend | | | Sold | 01/24/18 | J | A | |
| 39. | Ameriprise Financial Services, Inc. Active Portfolio Advisory IRA #1 H | A | Distribution | M | T | Open | 01/16/18 | M | | |
| 40. | DREYFUS GOVT CASH MGMT FDS INSTL IRA #1 | A | Int./Div. | J | T | Buy | 01/31/18 | J | | |
| 41. | AMERICAN CENTURY MID CAP VALUE INVESTOR CL IRA #1 | A | Dividend | J | T | Buy | 01/31/18 | J | | |
| 42. | BLACKROCK STRATEGIC INCOME OPPTYS INSTL CL IRA #1 | A | Dividend | J | T | Buy | 01/31/18 | J | | |
| 43. | MULTI MANAGER VALUE STRATEGIES CL Z IRA #1 | A | Dividend | J | T | Buy | 01/31/18 | J | | |
| 44. | MULTI MANAGER TOTAL RETURN BOND STRATEGIES CL Z IRA #1 | B | Dividend | M | T | Buy | 01/31/18 | M | | |
| 45. | MULTI MANAGER GROWTH STRATEGIES CL Z IRA #1 | A | Dividend | J | T | Buy | 01/31/18 | J | | |
| 46. | MULTI MANAGER INTL EQUITY STRATEGIES INSTL CL IRA #1 | A | Dividend | J | T | Buy | 01/31/18 | J | | |
| 47. | NUVEEN SYMPHONY FLOATING RATE INCOME CL I IRA #1 | A | Dividend | J | T | Buy | 01/31/18 | J | | |
| 48. | ISHARES CORE S&P SMALL CAP ETF IRA #1 | A | Dividend | J | T | Buy | 01/31/18 | J | | |
| 49. | ISHARES CORE MSCI EMERGING MARKETS ETF IRA #1 | A | Dividend | J | T | Buy | 01/31/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Watkins, William K.** | 07/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 50. MFS VALUE CL I IRA #1 | A | Dividend | | | Buy | 01/31/18 | J | | |
| 51. MFS VALUE CL I IRA #1 | A | Dividend | | | Sold | 02/20/18 | J | A | |
| 52. MFS RESEARCH INTL CL I IRA #1 | A | Dividend | | | Buy | 01/31/18 | J | | |
| 53. MFS RESEARCH INTL CL I IRA #1 | A | Dividend | | | Sold (part) | 02/16/18 | J | A | |
| 54. MFS RESEARCH INTL CL I IRA #1 | A | Dividend | | | Sold | 05/21/18 | J | A | |
| 55. AMERICAN CENTURY MID CAP VALUE INVESTOR CL IRA #1 | A | Dividend | J | T | Buy (add'l) | 02/16/18 | J | | |
| 56. MULTI MANAGER VALUE STRATEGIES CL Z IRA #1 | A | Dividend | J | T | Buy (add'l) | 01/16/18 | J | | |
| 57. AMERICAN CENTURY MID CAP VALUE INVESTOR CL IRA #1 | A | Dividend | J | T | Sold (part) | 05/21/18 | J | A | |
| 58. MULTI MANAGER TOTAL RETURN BOND STRATEGIES CL Z IRA #1 | A | Dividend | J | T | Sold (part) | 05/21/18 | J | A | |
| 59. ISHARES CORE MSCI EMERGING MARKETS ETF | A | Dividend | J | T | Buy (add'l) | 01/16/18 | J | | |
| 60. MULTI MANAGER INTL EQUITY STRATEGIES INSTL CL IRA #1 | A | Dividend | J | T | Buy (add'l) | 05/21/18 | J | | |
| 61. ISHARES CORE MSCI EMERGING MARKETS ETF IRA #1 | A | Dividend | J | T | Buy (add'l) | 05/21/18 | J | | |
| 62. ISHARES CORE S&P SMALL CAP ETF IRA #1 | A | Dividend | J | T | Buy (add'l) | 05/21/18 | J | | |
| 63. MULTI MANAGER INTL EQUITY STRATEGIES INSTL CL IRA #1 | A | Dividend | J | T | Buy (add'l) | 08/15/18 | J | | |
| 64. ISHARES CORE MSCI EMERGING MARKETS ETF IRA #1 | A | Dividend | J | T | Buy (add'l) | 08/31/18 | J | | |
| 65. AMERICAN CENTURY MID CAP VALUE INVESTOR CL IRA #1 | A | Dividend | J | T | Buy (add'l) | 11/16/18 | J | | |
| 66. MULTI MANAGER GROWTH STRATEGIES CL Z IRA #1 | A | Dividend | J | T | Buy (add'l) | 11/16/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Watkins, William K. | 07/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 67. MULTI MANAGER INTL EQUITY STRATEGIES INSTL CL IRA #1 | A | Dividend | J | T | Buy (add'l) | 11/16/18 | J | | |
| 68. ISHARES CORE S&P SMALL CAP ETF IRA #1 | A | Dividend | J | T | Buy (add'l) | 11/16/18 | J | | |
| 69. NUVEEN SYMPHONY FLOATING RATE INCOME CL I IRA #1 | A | Dividend | J | T | Sold (part) | 05/21/18 | J | A | |
| 70. MULTI MANAGER GROWTH STRATEGIES CL Z IRA #1 | A | Dividend | J | T | Sold (part) | 08/15/18 | J | A | |
| 71. MULTI MANAGER TOTAL RETURN BOND STRATEGIES CL Z IRA #1 | A | Dividend | J | T | Sold (part) | 08/15/18 | J | A | |
| 72. MULTI MANAGER TOTAL RETURN BOND STRATEGIES CL Z IRA #1 | A | Dividend | J | T | Sold (part) | 11/16/18 | J | A | |
| 73. Troy Bank & Trust Company | A | Interest | J | T | | | | | |
| 74. Real Property, Lot A, behind current residence 1.16 acres | | None | K | R | Buy | 02/15/17 | K | | |
| 75. Real Property, Lot B, behind Lot A, .64 acres | | None | K | R | Buy | 08/07/17 | K | | |
| 76. CollegeCounts Alabama 529 Plan Account FBO | A | Dividend | J | T | Open | 01/03/18 | J | | |
| 77. CollegeCounts Alabama 529 Plan Account FBO | A | Dividend | J | T | Open | 01/03/18 | J | | |
| 78. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII

Line 18 is the summary of all positions in IRA # 2 held at Ameriprise Financial Services, Inc. This is the spouse's account. There were no distributions from the account during the year, so the income was left blank, indicating no distributions received.

Line 23 is the total of all securities and cash in IRA #3. There were no distributions from the account during the year so the income was left blank, indicating no distributions received while held by Ameriprise Financial Services, Inc. This account was liquidated to cash and the proceeds moved to new IRA account #1 (See Line 39) on 1/16/2018 and the assets on Lines 25-38 were sold as indicated from the Ameriprise account, labeled IRA #3.

Line 39 is the Header account for the securities transactions shown on Lines total of all securities transactions shown on Lines 40-72. IRA #1 is a fee-based advisory account managed by Wilshire Associates on the Ameriprise Financial platform and the owner of account is Judge Watkins. This account does not allow the beneficial owner to make any investment selections or trades as it is managed by Wilshire Associates according to the owner's stated suitability profile and investment objectives. The owner may only add cash to the account or request a cash withdrawal; trades are determined by the account manager, Wilshire Associates.

Line 74 : Real Property, Lot A, behind current residence 1.16 acres Acquired 2/15/17 for $35,000.

Line 75: Real Property, Lot B, behind Lot A, .64 acres Acquired 8/17/17 for $19,989.

AMENDED REPORT NOTES

Corrections to original line 15, 16, and 17:

Lines 15 and 16: General note about life insurance: Neither the filer nor his spouse own any interest in any life insurance policy in which either filer or spouse have knowledge of or control the investments, if any, in the policy or underlying the policy.

Line 15: Further explanation and correction: This Principal policy is a Universal Life Protector policy, which the filer construes as a Universal life policy. In any event, see general note above. There are no assets to report because neither the filer, nor his spouse, know of, or control, any such assets. The word "variable" is not on the policy and was added in error. The Amended Report has the correct title/descriptor of the policy and is intended to amend prior reports.

Line 16: Originally reported as "Principal #302 WKW 318 Variable Universal Life." This policy is in fact, a Term Policy and is not required to be reported. Thus, it was removed from the amended report.

Original Line 17: Northwestern Mutual TM 010 Extraordinary Life is a paid-up whole-life policy. See general note above. There was no income received from the policy on 2018.

Line 74: 1.03 acres located in Pike Road, Montgomery County, Alabama, Bought on 2/15/2017 for $35,000 for undeveloped property

Line 75: 1.16 acres located in Pike Road, Montgomery County, Alabama, Bought on 8/17/2017 for $38,661 for undeveloped property with a pole barn. 0.39 acres out of 1.16 acres reported as acquired on Line 75 was sold on 9/06/17 for $12,177. Cost basis allocated to 0.39 acres sold was $12,177, with a net realized gain on sale of $0. Remaining acreage for Line 75 subject property after sale is .64 acres with a cost basis of $19,989.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William K. Watkins**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544